# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. DIBENEDETTO, JR., <br><br> Plaintiff, <br><br> v. <br><br> DEBORAH DIAZ, <br><br> Defendant. | CASE No. 1:17-cv-01605-DAD-MJS <br><br> **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** <br><br> (ECF NO. 2) |

Plaintiff is proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. On December 05, 2017, Plaintiff filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The motion indicates that Plaintiff is unable to afford the fees for this litigation and that he is entitled to proceed without prepayment of fees.

Based on the foregoing, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: January 17, 2018          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

1